1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *
                                         )
9    LVDG SERIES 125,                    )
                                         )
10             Plaintiff,                )          3:13-CV-00503-LRH-WGC
                                         )
11   v.                                  )
                                         )          ORDER
12   HAROLD M. WELLES; et al.,           )
                                         )
13             Defendants.               )
   _____      )

14

15        The Defendant, Wells Fargo Bank, N.A., filed a Motion to Dismiss with Prejudice the

16   Plaintiff's Complaint and Motion to Expunge Lis Pendens on September 13, 2013, as Docket

17   Numbers 4 and 3. The Plaintiff filed an Opposition to the Motion to Dismiss on October 16, 2013,

18   as Docket Number 23 and an Opposition to the Motion to Expunge Lis Pendens on October 8,

19   2013, as Docket Number 21. The Defendant, Wells Fargo Bank, N.A., filed Reply in Support of the

20   Motion to Dismiss and Motion to Expunge Lis Pendens on October 18, 2013, as Docket numbers

21   24 and 25. On November 25, 2013, the Court having considered all arguments presented and the

22   pleadings on file herein, and the Court having determed good cause appearing, entered an Order

23   granting the Motion to Dismiss and Motion to Expunge Lis Pendens as Docket Number 32.

24   Pursuant to the Court's Order entered on November 25, 2013, the Court hereby rules as follows:

25        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that any Pendency of Action

26   or Lis Pendens recorded by the Plaintiff in the Official Records of Washoe County, Nevada, on

1   September 9, 2013, as Document Number 4277774, relating to this action and the real property that

2   is the subject of this action located at 1125 Tule Drive, Reno, Nevada 89521, APN: 160-511-04

3   legally described as:

4           LOT 124 OF THE MEADOWS UNIT 3, ACCORDING TO THE MAP THEREOF NO.
            3511, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY,
5           STATE OF NEVADA, ON MARCH 26, 1998 AS FILE NO. 2192645 OF OFFICIAL
            RECORDS.
6
            EXCEPTING THEREFROM ALL OIL, GAS, HYDROCARBONS AND MINERALS
7           BELOW A DEPTH OF 500 FEET WITHOUT RIGHT OF SURFACE ENTRY.

8           SUBJECT TO: COVENANTS, CONDITIONS, AND RESTRICTIONS, RECORDED
            SEPTEMBER 15, 1995 AS DOCUMENT NO 1925836 AND MAY 15, 1997, AS
9           DOCUMENT NO. 2098347 OF OFFICIAL RECORDS, WASHOE COUNTY, STATE OF
            NEVADA, AND ANY AMENDMENTS THERETO.
10
            TOGETHER WITH ALL TENEMENTS, HEREDITAMENTS, AND
11          APPURTENANCES, INCLUDING EASEMENTS AND WATER RIGHTS, IF ANY,
            THERETO BELONGING OR APPERTAINING, AND ANY REVERSIONS,
12          REMAINDERS, RENTS, ISSUES OR PROFITS THEREOF.

13  is hereby cancelled, expunged or voided, pursuant to N.R.S. 14.015 and it shall, from this day

14  forward, have no force or effect.

15          IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to

16  N.R.S. 14.015(5), the Plaintiff shall record a copy of this Order or other appropriate notice

17  cancelling the Notice of Pendency of Action or Lis Pendens, with the Washoe County Recorder's

18  Office within ten (10) business days of its entry, and if there is a failure to do so, any party may

19  record a copy of this Order.

20          IT IS SO ORDERED.

21          DATED this 9th day of December, 2013.

22                                                                    _____
                                                                      LARRY R. HICKS
23                                                                    UNITED STATES DISTRICT JUDGE

24

25

26

2