Andrew Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: (775) 785-5440
Facsimile: (775) 784-5441
Email: ajacobs@swlaw.com
         wklomp@swlaw.com
*Attorneys for Wells Fargo Bank, N.A. and*
*Federal Home Loan Mortgage Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVDG SERIES 125, established under LVDG LLC, a Nevada series limited-liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; HAROLD M. WELLES, an individual; VALERIE M. WELLES, an individual; WELLS FARGO BANK, N.A., a national banking association; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                    Defendants. | Case No. 3:13-cv-00503-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |
| WELLS FARGO BANK, N.A., a national association; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>                    Counter-Claimants,<br><br>vs.<br><br>LVDG SERIES 125, established under LVDG LLC, a Nevada series limited-liability company,<br><br>                    Counter-Defendant. | |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

- 1 -

4847-2047-9601

Snell & Wilmer

L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1   Pursuant to Fed. R. Civ. P. 26(f), and Local Rules 6-1, 26-1 and 26-4, Pursuant to Local

2   Rule 7-1, it is hereby stipulated by and between Wells Fargo Bank, N.A. ("Wells Fargo") and

3   Federal Home Loan Mortgage Corporation ("Freddie Mac") together with LVDG Series 125,

4   established under LVDG LLC ("LVDG" and jointly with Wells Fargo, and Freddie Mac the

5   "Parties") by and through their respective undersigned counsel of record, submit this Stipulation

6   and Proposed Order to extend the dispositive motion deadline in this action. This is the Parties'

7   first request for extension of the dispositive motion deadline. The current dispositive motion

8   deadline is September 7, 2018, and the Stipulating Parties are seeking a forty-five day extension

9   until October 22, 2018. Discovery closed on August 7, 2018, and the Parties are not seeking to

10  extend discovery.

11  This request to extend the dispositive motion deadline is made in good faith, and is not for

12  purpose of delay or prejudice to any party, but to allow all parties to have enough time to brief

13  their dispositive motions, especially given the recent state and federal appellate-court decisions

14  which will impact the briefing in this case. Additionally, the Parties are continuing to consider

15  possible settlement and have been engaged in settlement negotiations.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

The requested extension will not result in undue delay or prejudice to any party and will serve to potentially minimize the expense to the Parties and to the Court if settlement is reached and if additional briefing is avoided.

DATED this 4th day of September, 2018.

DATED this 4th day of September, 2018.

SNELL & WILMER L.L.P.

ROGER P. CROTEAU & ASSOCIATES

  /s/ *Wayne Klomp*
Andrew Jacobs, Esq.
Nevada Bar No. 12787
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Wells Fargo Bank, N.A. and*
*Federal Home Loan Mortgage Corporation*

  /s/ *Timothy E. Rhoda*
Roger P. Croteau, Esq.
Nevada Bar No. 4958
Timothy E. Rhoda, Esq.
Nevada Bar No. 7878
9120 West Post Rd, Suite 100
Las Vegas, NV 89148
*Attorneys for LVDG*

**ORDER**

**IT IS SO ORDERED**.

William G. Cobb

UNITED STATES MAGISTRATE JUDGE

DATED: September 4, 2018

4847-2047-9601