**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LVDG SERIES 125, established under LVDG LLC, a Nevada series limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered corporation; HAROLD M. WELLES, an individual; VALERIE M. WELLES, an individual; WELLS FARGO BANK, N.A., a national banking association; MTC FINANCIAL INC. d/b/a TRUSTEE CORPS, a California corporation; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>Defendants.<br><br>WELLS FARGO BANK, N.A., a national association; FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Counter-Claimants,<br><br>vs.<br><br>LVDG SERIES 125, established under LVDG LLC, a Nevada series limited-liability company,<br><br>Counter-Defendant. | Case No. 3:13-cv-00503-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Wells Fargo Bank, N.A. ("Wells Fargo") and Federal Home Loan Mortgage Corporation ("Freddie Mac" and with Wells Fargo "Defendants") together with LVDG Series 125, established under LVDG LLC ("LVDG" and jointly with Defendants, the "Parties") respectfully request the Court enter an order, pursuant to Local Rule IA 6-1, extending the deadline for Defendants to file their reply in support of their Motion for Summary Judgment (ECF No. 108). The current deadline for Defendants' reply in support of their Motion is currently scheduled for November 27, 2018, and has not expired. The Parties seek an extension until **December 11, 2018**.

This is the Parties' first request to extend the deadline for filing the reply in support of the Motion for Summary Judgment and is not made for any deleterious purposes or to unnecessarily delay these proceedings. Rather, the Parties seek this extension in good faith for the benefit of the Defendants and their counsel due to the intervening Thanksgiving holiday and the current schedule of the Defendants. Therefore, the Parties stipulate to extend the deadline for filing any reply in support of the Motion for Summary Judgment until December 11, 2018, and request the Court enter an order extending the deadline.

| | |
|---|---|
| DATED this 14th day of November, 2018. | DATED this 14th day of November, 2018. |
| SNELL & WILMER L.L.P. | ROGER P. CROTEAU & ASSOCIATES |
| /s/ *Wayne Klomp* | /s/ *Timothy E. Rhoda* |
| Andrew Jacobs, Esq. (Bar No. 12787) | Roger P. Croteau, Esq. (Bar No. 4958) |
| Wayne Klomp, Esq. (Bar No. 10109) | Timothy E. Rhoda, Esq. (Bar No. 7878) |
| 50 West Liberty Street, Suite 510 | 9120 West Post Rd, Suite 100 |
| Reno, Nevada 89501 | Las Vegas, NV 89148 |
| *Attorneys for Wells Fargo Bank, N.A. and Federal Home Loan Mortgage Corporation* | *Attorneys for LVDG* |

**ORDER**

**IT IS SO ORDERED**.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE
DATED: November 15, 2018